# Docket & File

## MINUTE ENTRY

JOAN M. AZRACK, USMJ

DOCKET: __11-CV-2687 (DLI)__   DATE: __7/19/11__

CASE: __PINALES v. COMPASS GROUP USA, INC.__

> ❏ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*
> Oral motion for _____ by _____
> Oral motion for _____ by _____

❏ TELEPHONE        ☒ IN-PERSON

**CIVIL CAUSE FOR:**

☒ INITIAL CONF.   ❏ STATUS CONF.   ❏ SETTLEMENT CONF.   ❏ DISCOVERY CONF.

❏ OTHER: _____

Time in court: ❏ 15   ❏ 30   ❏ 45   ❏ 60   ❏ Other: ____

FOR PLAINTIFF: __Federico Pinales__

FOR DEFENDANT: __Mary Ahrens__

❏ *Docket Clerks are directed to enter the following Discovery Order(s):*

- Rule 26 Aug 19
- Add req. for doc + int - Sept 16
- Responses due Oct 14
- Depositions by Dec 16
- Telep conf Dec 19 - at noon

❏ *Docket Clerks are directed to enter the following Scheduling Order(s):*
❏ Next conference on __Dec 19  2:00__   ☒ Telephone   ❏ In-Person
❏ Pre-Trial Order by _____