LAW FIRM OF
# ANTHONY D. DENARO
A PROFESSIONAL CORPORATION

ATTORNEYS & COUNSELLORS AT LAW
ANTHONY D. DENARO

ANGELA C. NWADIOGBU*

* ALSO ADMITTED IN NIGERIA

62 NICHOLS COURT, SUITE 200
(ACROSS FROM NASSAU COUNTY DISTRICT COURT)
HEMPSTEAD, NEW YORK 11550

516-481-6082
FAX 516-481-6302

VIA FACSIMILE (718) 613-2156

August 10, 2011

Honorable Dora L. Irizarry
U. S. District Court Judge
United States District Court
For The Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Pinales v. Compass Group USA, Inc.
Case: 1-11-cv-02687-DLI-JMA

Your Honor:

This is to confirm that after consulting with my client Federico Pinales, our office will not be representing him in the within action in Federal Court.

I apologize for not advising the Court earlier. I have been in and out of the office due to major medical problems.

The Court's consideration is appreciated.

Respectfully,

Anthony Denaro, Esq.