✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

EASTERN **District of** NEW YORK

FEDERICO PINALES

Plaintiff (s),

V.

COMPASS GROUP USA, INC.

Defendant (s),

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

**CASE NUMBER:**  11-CV-2687 (DLI)

Notice is hereby given that, subject to approval by the court,   FEDERICO PINALES   substitutes

(Party (s) Name)

GREGORY DALE ABRAM   , State Bar No.   2091544   as counsel of record in

(Name of New Attorney)

place of   LAW OFFICES OF ANTHONY DENARO                .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | GREGORY DALE ABRAM, ESQ. |
| Address: | 62 Nichols Ct., Suite 302, Hempstead, NY 11550 |
| Telephone: | (516) 481-7617          Facsimile  (516) 481-0477 |
| E-Mail (Optional): | gabram_esq@hotmail.com |

I consent to the above substitution.

Date:   9/14/2011

(Signature of Party (s))

I consent to being substituted.

Date:   9/14/2011

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   9/14/2011

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**